**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEIDRE CONKLING,** | )   **NO. SACV 16-1178-KS** |
|        **Plaintiff,** | ) |
|    **v.** | )   **JUDGMENT** |
| | ) |
| **NANCY A. BERRYHILL**, **Acting** | ) |
| **Commissioner of Social Security,** | ) |
|        **Defendant.** | ) |
| _____ | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 17, 2017

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE