# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEIDRE CONKLING,** | ) NO. SACV 16-1178 -KS |
| Plaintiff, | ) |
| v. | ) **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| **NANCY A. BERRYHILL, Acting Commissioner of Social Security** | ) |
| Defendant. | ) |

Based upon the Stipulation for Award of EAJA Fees ("Stipulation"), which was filed on October 2, 2017, IT IS ORDERED that fees in the amount of $3,500.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: October 5, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1